UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL GRANT,<br><br>                         Plaintiff,<br><br>       -against-<br><br>C.O. JOHN DOE, ET AL.,<br><br>                    Defendants. | 26 CIVIL 00580 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the March 13, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   March 13, 2026

       New York, New York

                                   /s/ Laura Taylor Swain
                                   LAURA TAYLOR SWAIN
                           Chief United States District Judge